

229 So.2d 731

**DIXIE PIPELINE COMPANY**

**v.**

**Marguerite Kidder BARRY.**

**No. 50210.**

Jan. 9, 1970.

In re: Dixie Pipeline Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 227 So.2d 1.

Writ refused. On the facts found by the Court of Appeal the result is correct

229 So.2d 731

**DIXIE PIPELINE COMPANY**

**v.**

**Amilcar J. TROSCLAIR.**

**No. 50212.**

Jan. 9, 1970.

In re: Dixie Pipeline Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 227 So.2d 13.

Writ refused. On the facts found by the Court of Appeal the result is correct.

229 So.2d 731

**DIXIE PIPELINE COMPANY**

**v.**

**John A. BROUSSARD.**

**No. 50211.**

Jan. 9, 1970.

In re: Dixie Pipeline Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 227 So.2d 13.

Writ refused. On the facts found by the Court of Appeal the result is correct.

229 So.2d 731

**Mrs. Laura BELGARD et al.**

**v.**

**AETNA CASUALTY & SURETY COMPANY et al.**

**No. 50214.**

Jan. 9, 1970.

In re: Mrs. Laura Belgard et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 227 So.2d 24.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

229 So.2d 732

**Mrs. Laura BELGARD et al.**

v.

**AETNA CASUALTY & SURETY COMPANY et al.**

No. 50219.

Jan. 9, 1970.

In re: Aetna Casualty & Surety Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 227 So.2d 24.

229 So.2d 732

**Joyce Elaine REYNOLDS et al.**

v.

**HARTFORD ACCIDENT & INDEMNITY COMPANY et al.**

No. 50224.

Jan. 9, 1970.

In re: Joyce Elaine Reynolds et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 228 So.2d 76.

Writ refused. On the facts found by the Court of Appeal the result is correct.